# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                   Civil Action No. 2:15-cv-00490-MHW-EPD

JOHN DOE, subscriber assigned IP address
76.181.33.86,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 76.181.33.86.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  April 8, 2015

                                     Respectfully submitted,

                                     By:    */s/ Yousef M. Faroniya*
                                     Yousef M. Faroniya
                                     yousef@YMFincorporated.com
                                     YMF Inc.: The Law Office of Yousef M. Faroniya
                                     84 S. 4th Street
                                     Columbus, OH 43215
                                     Phone: 614-360-1855

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Yousef M. Faroniya*_____
Yousef M. Faroniya